MARGO A. BUCKLEY, Respondent, v. WALTER FASBENDER et al., Constituting the Town Board of the Town of Huntington, et al., Appellants, et al., Defendants.— Appeal by Four Corners Realty Corporation and by the Town of Huntington and the officials of said town from so much of a judgment entered on the decision of an Official Referee, to whom the matter was referred to hear and determine, which declares invalid the rezoning of a ten-acre parcel of property owned by the first-named appellant from residence " B " to " General Industry " on the ground that it is spot zoning for the benefit of the property owner rather than pursuant to a comprehensive plan for the general welfare of the community. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.